# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 20-124** |
| | : | |
| **HALEEM BALEY** | : | |

## ORDER

**AND NOW**, this 4th day of December 2020, upon consideration of Defendant's Motion to Suppress (ECF No. 19), the Government's Response thereto (ECF No. 22), and the Court's evidentiary hearing on September 28, 2020 (ECF Nos. 24, 25), it is hereby **ORDERED** and **DECREED** that Defendant's Motion to Suppress (ECF No. 19) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**