IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 20-124 |
| | : | |
| HALEEM BALEY | : | |
| | : | |

## ORDER

**AND NOW**, this **5th** day of **February 2024**, upon consideration of Defendant Haleem Baley's Motion for Reduction of Sentence Pursuant To 18 U.S.C. § 3582(c)(2) (ECF No. 76), and the Government's Response (ECF No. 78), it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum, Defendant's Motion (ECF No. 76) is **DENIED**.

**BY THE COURT:**

*/s/ Chad F. Kenney*

**CHAD F. KENNEY, JUDGE**